IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WELLINGTON HALL,<br><br>            Plaintiff,<br><br>   v.<br><br>NATIONAL METERING SERVICES INC., et al.,<br><br>            Defendants. | No.: 2:20-cv-01921 |

**PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF FLSA SETTLEMENT AND ATTORNEY'S FEES AND COSTS**

Plaintiff Wellington Hall ("Plaintiff Hall"), by and through undersigned counsel, hereby moves for an Order from this Court:

1.  Approving as fair and reasonable the FLSA settlement reached between Plaintiff Hall, Opt-in Plaintiff Angel Isaac, and Opt-in Plaintiff Dean Clarke and Defendants; and

2.  Approving as reasonable Plaintiff's counsel's award of $4,700 in attorney's fees and costs.

Respectfully submitted,

*/s/ Matthew Miller*
Matthew D. Miller, Esq.
**SWARTZ SWIDLER, LLC**
1101 Kings Highway North, Ste. 402
Cherry Hill, NJ 08034
Ph: (856) 685-7420
Fax: (856) 685-7417

Date:   June 1, 2021

1